IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
CIVIL ACTION NUMBER 5:14-cv-471-D

| | |
|---|---|
| ALLSCRIPTS HEALTHCARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PAIN CLINIC OF NORTHWEST FLORIDA, INC.; AMERICAN PAIN CARE SPECIALISTS, LLC; ADVANCED PAIN SPECIALISTS, INC.; and SOUTH BALDWIN FAMILY PRACTICE, LLC, <br><br> Defendants. | |

## ORDER STAYING CASE

This matter comes before the Court on Plaintiff's Consent Motion For Stay Pending Approval of National Class-Wide Settlement in Related Litigation. For good cause shown, the motion is GRANTED. All proceedings in this matter, including the deadline for Defendants to respond to the Complaint, are stayed for a period of ninety (90) days from the date of this Order. Any party may move for relief from this stay in the event of a final resolution of the related Florida State Court Litigation or for other demonstrated good cause.

This the 18 day of September, 2014.

The Honorable James C. Dever III
Chief United States District Judge